1  STUART LIBICKI, ESQ. (57626)
   SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
2  Attorneys at Law
   6300 Wilshire Boulevard
3  Suite 2000
   Los Angeles, California 90048-5268

JS-6

4  Telephone:  (323) 655-4700
5  Facsimile:   (323) 655-4488
   E-mail        sl@ssdslaw.com

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA DRUG BENEFIT FUND, AN EXPRESS TRUST, SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND DRUG EMPLOYERS PENSION FUND, AND BRAD SAPP AND ROD DIAMOND, THEIR TRUSTEES,<br><br>            Plaintiffs,<br><br>     vs.<br><br>GARLO CORP., DBA SO-LOW DRUGS,<br><br>            Defendant. | CASE NO. SACV10-1197 AG (RNBx)<br><br>JUDGMENT |

JUDGMENT.GARLO.SL.19178.102811[750.SL.1]                         [PROPOSED] JUDGMENT

This action was tried by the Honorable Andrew J. Guilford, Judge of the United States District Court, on October 11, 12 and 27, 2011 without a jury and the following decision was reached:

It is ordered that the clerk enter this Judgment in favor of Plaintiffs Southern California Drug Benefit Fund, Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund, and Brad Sapp and Rod Diamond, as trustees of said funds, and against Defendant Garlo Corp., dba So-Low Drugs in the amount of $2,739.52 plus costs.

Date: November 10, 2011

_____
Hon. Andrew J. Guilford
Judge, United States District Court