STUART LIBICKI, ESQ. (57626)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
Attorneys at Law
6300 Wilshire Boulevard
Suite 2000
Los Angeles, California 90048-5268

JS-6

Telephone: (323) 655-4700
Facsimile: (323) 655-4488
E-mail sl@ssdslaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA DRUG BENEFIT FUND, AN EXPRESS TRUST, SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND DRUG EMPLOYERS PENSION FUND, AND BRAD SAPP AND ROD DIAMOND, THEIR TRUSTEES,<br><br>Plaintiffs,<br><br>vs.<br><br>GARLO CORP., DBA SO-LOW DRUGS,<br><br>Defendant. | CASE NO. SACV10-1197 AG (RNBx)<br><br>JUDGMENT |

1  This action was tried by the Honorable Andrew J. Guilford, Judge of the
2  United States District Court, on October 11, 12 and 27, 2011without a jury and the
3  following decision was reached:
4  It is ordered that the clerk enter this Judgment in favor of Plaintiffs Southern
5  California Drug Benefit Fund, Southern California United Food and Commercial
6  Workers Unions and Drug Employers Pension Fund, and Brad Sapp and Rod
7  Diamond, as trustees of said funds, and against Defendant Garlo Corp., dba So-
8  Low Drugs in the amount of $2,739.52 plus costs.

Date: November 10, 2011

_____
Hon. Andrew J. Guilford
Judge, United States District Court